

FILED & JUDGMENT ENTERED
Christine F. Winchester

Nov 10 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

/s/ George R. Hodges
_____
George R. Hodges
United States Bankruptcy Judge

 

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 10-40788 |
| DAVID WILLIAM ODOM and HEIDI ) | |
| PARTON ODOM ) | CHAPTER 13 |
| ) | |
|       Debtors ) | |
| _____ ) | |

### ORDER ALLOWING RELIEF FROM AUTOMATIC STAY

The Motion of TD Bank, N.A., successor by merger to and formerly known as Carolina First Bank, for Relief from Automatic Stay came on for review as the time within which a responsive pleading was required to be filed has elapsed with no pleading being filed. After a review of the record, including the Motion, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. That the automatic stay is lifted so that TD Bank, N.A., successor by merger to and formerly known as Carolina First Bank may take possession of the Collateral, located at 152 E Main Street, Forest City, North Carolina, and dispose of same pursuant to its loan documents and applicable state law.

2. That if any sales are held and excess proceeds derived, then said proceeds shall be paid unto this Court pending further orders of this Court.

The provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply to this Order. This Order is not automatically stayed.

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.                                      United States Bankruptcy Court